**STATE of Missouri, Respondent,**

v.

**Saronda Thomas CHANDLER, Appellant.**

**WD 79202**

Missouri Court of Appeals, Western District.

ORDER FILED: MARCH 14, 2017

Attorneys: Robert J. Bartholomew Jr., Jefferson City, MO, Counsel for Respondent

Attorneys: Susan Lynn Hogan, Kansas City, MO Counsel for Appellant

Before Division One: James E. Welsh, Presiding Judge, Anthony Rex Gabbert, Judge, Edward R. Ardini, Jr., Judge

### ORDER

Per Curiam:

Saronda Thomas Chandler appeals from a judgment entered upon a jury verdict convicting him of one count of robbery in the first degree pursuant to Section 569.020, RSMo 2000, and one count of armed criminal action pursuant to Section 571.015, RSMo 2000. We affirm. Rule 30.25(b).